IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK HAMILTON BANKS                                              PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:09cv198-DCB-MTP

LISA CHISOLM, et al.                                                 RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as frivolous and his conditions of confinement claims are dismissed without prejudice so that the petitioner may present those claims in the proper manner.

SO ORDERED AND ADJUDGED, this the ___9th___ day of February, 2010.

                                          ___s/ David Bramlette___
                                        UNITED STATES DISTRICT JUDGE